WELLS FARGO BANK *v.* PATRICIA A. BRACA ET AL.

The petition by the defendants Patricia A. Braca and John A. Braca, Jr., for certification for appeal from the Appellate Court (AC 31325) is dismissed.

*Patricia A. Braca,* pro se, and *John A. Braca, Jr.,* pro se, in support of the petition.

*Elizabeth M. Crowe,* in opposition.

Decided February 9, 2010

STATE OF CONNECTICUT *v.* PAUL OVECHKA

The defendant's petition for certification for appeal from the Appellate Court, 118 Conn. App. 733 (AC 26077), is denied.

ROGERS, C. J., did not participate in the consideration of or decision on this petition.

*Ruth Daniella Weissman,* special public defender, in support of the petition.

*Margaret Gaffney Radionovas,* senior assistant state's attorney, in opposition.

Decided February 17, 2010